**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **FRANK, CHRISTINE DE** | ) | |
| | ) | **CASE NO. 06 B 09937** |
| | ) | |
| | ) | **JUDGE JACK B. SCHMETTERER** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:   U.S. BANKRUPTCY COURT
>        219 S. DEARBORN, COURTROOM 682
>        CHICAGO, ILLINOIS 60604
>
> On:   **JULY 19,2007**
> At:   **10:30 A.M.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

> a. Receipts                                              $       9,027.63
>
> b. Disbursements                                    $          12.26
>
> c. Net Cash Available for Distribution$   9,015.37

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,652.76 | $ |
| Trustee | $ 0.00 | $ | $ 87.50 |
| Trustee's Firm Legal | $ 0.00 | $ 2,357.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 57.91 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $10,142.79, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 49.71%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 897.82 | $ 430.17 |
| 2 | Recovery Management Systems Corporation | $ 331.67 | $ 158.91 |
| 3 | Target National Bank (f.k.a. Retailers National Ba | $ 665.40 | $ 318.81 |
| 4 | Citibank ( South Dakota ) N.A. | $ 836.24 | $ 400.67 |
| 5 | Charming Shoppes- Crosstown Traders History | $ 148.86 | $ 71.32 |
| 6 | Charming Shoppes- Crosstown | $ 35.83 | $ 17.17 |

| | | | | |
|---|---|---|---|---|
| 7 | Charming Shoppes- Crosstown Traders History | $ 256.43 | $ 122.86 |
| 8 | Charming Shoppes- Crosstown Traders History | $ 423.79 | $ 203.05 |
| 9 | World Financial Network National Bank | $ 250.25 | $ 119.90 |
| 10 | World Financial Network National Bank | $ 278.50 | $ 133.44 |
| 11 | World Financial Network National Bank | $ 711.38 | $ 340.84 |
| 12 | World Financial Network National Bank | $ 568.61 | $ 272.44 |
| 13 | World Financial Network National Bank | $ 85.57 | $ 41.00 |
| 14 | World Financial Network National Bank | $ 713.65 | $ 341.93 |
| 15 | Chase Bank USA, N.A. | $ 846.45 | $ 405.56 |
| 16 | eCAST Settlement Corporation assignee of | $ 1,267.20 | $ 607.15 |
| 17 | LVNV Funding LLC | $ $1,825.14 | $ 874.48 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:    **June 21, 2007**         For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2           Date Rcvd: Jun 21, 2007
Case: 06-09937                Form ID: pdf002            Total Served: 45

The following entities were served by first class mail on Jun 23, 2007.
db          +Christine Florence De Frank,   610 W Burr Oak Drive,   Arlington Heights, IL 60004-1929
aty         +Laura Barrientos-DuVall,   420 W. Clayton Street,   Waukegan, IL 60085-4216
aty         +Robert Brynjelsen,   Law Offices of Peter Francis Geraci,   55 East Monroe St., Suite #3400,
              Chicago, IL 60603-5920
aty         +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10866616    +Arizona Mail Order,   Attn: Bankruptcy Dept.,   PO BOX 28897,   Tucson, AZ 85726-8897
10866617    +Bedford Fair Catalog,   Attn: Bankruptcy Dept.,   PO BOX 28897,   Tucson, AZ 85726-8897
10866618    +Brownstone Studio,   Attn: Bankruptcy Dept.,   P.O. Box 79053,   Phoenix, AZ 85062-9053
10866608    +Capital One,   Attn: Bankruptcy Dept.,   P.O. Box 790216,   Saint Louis, MO 63179-0216
10866614    +Chadwicks of Boston,   Attn: Bankruptcy Dept.,   P.O. Box 659728,   San Antonio, TX 78265-9728
10961014    +Charming Shoppes- Crosstown Traders,   First Express,   PO Box 856021,   Louisvile, KY 40285-6021
10866609    +Chase,   Attn: Bankruptcy Dept.,   P.O. Box 15153,   Wilmington, DE 19886-5153
10984895    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10954382    +Citibank ( South Dakota ) N.A.,   POB 182149,   Columbus, OH 43218-2149
10866632    +Domestications,   Attn: Bankruptcy Dept.,   P.O. Box 659465,   San Antonio, TX 78265-9465
10866620    +GEMB/Exxon Mobil,   Attn: Bankruptcy Dept.,   P.O. Box 768911,   Roswell, GA 30076-8212
10866627    +Ginny’s,   Bankruptcy Department,   PO BOX 2825,   Monroe, WI 53566-8025
10866611    +Household,   Attn: Bankruptcy Dept.,   P.O. Box 17051,   Baltimore, MD 21297-1051
10866610    +JC Penney,   Attn: Bankruptcy Dept.,   P.O. Box 960001,   Orlando, FL 32896-0001
10866624    +Jessica London,   Attn: Bankruptcy Dept.,   P.O. Box 659728,   San Antonio, TX 78265-9728
10866612    +Kohls/Chase,   Attn: Bankruptcy Dept.,   P.O. Box 2983,   Milwaukee, WI 53201-2983
11074348     LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual Finance,  LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10866628     Midnight Velvet,   Attn: Bankruptcy Dept.,   1112 7th Ave.,   Monroe, WI 53566-1364
10866621    +Monterey Bay Clothing,   Attn: Bankruptcy Dept.,   P.O. Box 78125,   Phoenix, AZ 85062-8125
10866626    +Montgomery Wards,   Bankruptcy Department,   PO BOX 2789,   Cedar Rapids, IA 52406-2789
10866631    +Oxmoor House,   Attn: Bankruptcy Dept.,   PO BOX 11089,   Des Moines, IA 50336-1089
10866633    +Quest Diagnostics, Inc.,   Bankruptcy Department,   PO Box 64804,   Baltimore, MD 21264-4804
10941184    +Recovery Management Systems Corporation,   For GE Money Bank,   dba EXXON MOBIL,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10941183    +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10866619    +Sears,   Attn: Bankruptcy Dept.,   P.O. Box 182149,   Columbus, OH 43218-2149
10866625    +Silhouettes,   Attn: Bankruptcy Dept.,   P.O. Box 659465,   San Antonio, TX 78265-9465
10866630    +Swiss Colony,   Attn: Bankruptcy Department,   PO BOX 2814,   Monroe, WI 53566-8014
10866622    +Target National Bank,   Attn: Bankruptcy Dept.,   3901 W. 53rd St,   Sioux Falls, SD 57106-4221
10948645    +Target National Bank (f.k.a. Retailers National Ba,   TARGET,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10866629    +Through The Country Door,   Attn: Bankruptcy Dept.,   PO BOX 2830,   Monroe, WI 53566-8030
10866623    +WFNNB/Brylane Home,   Attn: Bankruptcy Dept.,   P.O. Box 659728,   San Antonio, TX 78265-9728
10866615    +WFNNB/Lane Bryant,   Attn: Bankruptcy Dept.,   P.O. Box 659728,   San Antonio, TX 78265-9728
10866613    +Washington Mutual/Providian,   Attn: Bankruptcy Dept.,   P.O. Box 660433,   Dallas, TX 75266-0433
10961464    +World Financial Network National Bank,   DOMESTICATIONS,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10961468    +World Financial Network National Bank,   Jessica London,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10961463    +World Financial Network National Bank,   SILHOUETTES,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10961466    +World Financial Network National Bank,   Chadwicks,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10961465    +World Financial Network National Bank,   Lane Bryant Mail Order,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10961467    +World Financial Network National Bank,   Brylane Homes,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
11058806     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                             TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Jun 21, 2007
Case: 06-09937                Form ID: pdf002          Total Served: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**                    **Signature:**    _/s/ Joseph Speetjens_