# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-09937 JBS | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | FRANK, CHRISTINE DE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7546833 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/01/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/27/06 | {5} | Fifth Third Bank | per settlement or compromise. | 1149-000 | 9,000.00 | | 9,000.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.39 | | 9,000.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.71 | | 9,006.10 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.00 | | 9,012.10 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-09937 Voided on 02/08/07 | 2300-003 | | 12.26 | 8,999.84 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-09937 Voided: check issued on 02/08/07 | 2300-003 | | -12.26 | 9,012.10 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-09937, Bond #016026455 | 2300-000 | | 12.26 | 8,999.84 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.48 | | 9,004.32 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.80 | | 9,009.12 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.97 | | 9,014.09 |
| 05/09/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.28 | | 9,015.37 |
| 05/09/07 | | To Account #********8366 | in preparation of final report | 9999-000 | | 9,015.37 | 0.00 |

*EXHIBIT B*

Subtotals :   $9,027.63     $9,027.63

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-09937 JBS | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | FRANK, CHRISTINE DE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7546833 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/01/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,027.63 | 9,027.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,015.37 | |
| | | | **Subtotal** | | **9,027.63** | **12.26** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,027.63** | **$12.26** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-09937 JBS  
**Case Name:** FRANK, CHRISTINE DE  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*83-66 - Checking Account  

**Taxpayer ID #:** 13-7546833  
**Period Ending:** 10/01/07  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/07 | | From Account #\*\*\*\*\*\*\*\*8365 | in preparation of final report | 9999-000 | 9,015.37 | | 9,015.37 |
| 07/24/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $87.50, Trustee Expenses;  Reference: | 2200-000 | | 87.50 | 8,927.87 |
| 07/24/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,652.76, Trustee Compensation;  Reference: | 2100-000 | | 1,652.76 | 7,275.11 |
| 07/24/07 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $2,357.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,357.50 | 4,917.61 |
| 07/24/07 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $57.91, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 57.91 | 4,859.70 |
| 07/24/07 | 105 | Recovery Management Systems Corporation | Dividend paid 47.91% on $897.82; Claim# 1; Filed: $897.82; Reference: 600889RMS4876822 | 7100-000 | | 430.17 | 4,429.53 |
| 07/24/07 | 106 | Recovery Management Systems Corporation | Dividend paid 47.91% on $331.67; Claim# 2; Filed: $331.67; Reference: 730285RMS8147034 | 7100-000 | | 158.91 | 4,270.62 |
| 07/24/07 | 107 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 47.91% on $665.40; Claim# 3; Filed: $665.40; Reference: ACCOUNT ENDING IN 2790 | 7100-000 | | 318.81 | 3,951.81 |
| 07/24/07 | 108 | Citibank ( South Dakota ) N.A. | Dividend paid 47.91% on $836.24; Claim# 4; Filed: $836.24; Reference: 5049940103438031 | 7100-000 | | 400.67 | 3,551.14 |
| 07/24/07 | 109 | Charming Shoppes- Crosstown Traders    History | Dividend paid 47.91% on $148.86; Claim# 5; Filed: $148.86; Reference: 084223289 | 7100-000 | | 71.32 | 3,479.82 |
| 07/24/07 | 110 | Charming Shoppes- Crosstown Traders    History | Dividend paid 47.91% on $35.83; Claim# 6; Filed: $35.83; Reference: 084223346 | 7100-000 | | 17.17 | 3,462.65 |
| 07/24/07 | 111 | Charming Shoppes- Crosstown Traders    History | Dividend paid 47.91% on $256.43; Claim# 7; Filed: $256.43; Reference: 084223148 | 7100-000 | | 122.86 | 3,339.79 |
| 07/24/07 | 112 | Charming Shoppes- Crosstown Traders    History | Dividend paid 47.91% on $423.79; Claim# 8; Filed: $423.79; Reference: 084223187 | 7100-000 | | 203.05 | 3,136.74 |

**Subtotals :**  $9,015.37   $5,878.63

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 06-09937 JBS | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| **Case Name:** | FRANK, CHRISTINE DE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****83-66 - Checking Account |
| **Taxpayer ID #:** | 13-7546833 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/01/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/07 | 113 | World Financial Network National Bank | Dividend paid 47.91% on $250.25; Claim# 9; Filed: $250.25; Reference: ACCOUNT ENDING IN 9950 | 7100-000 | | 119.90 | 3,016.84 |
| 07/24/07 | 114 | World Financial Network National Bank | Dividend paid 47.91% on $278.50; Claim# 10; Filed: $278.50; Reference: ACCOUNT ENDING IN 8589 | 7100-000 | | 133.44 | 2,883.40 |
| 07/24/07 | 115 | World Financial Network National Bank | Dividend paid 47.91% on $711.38; Claim# 11; Filed: $711.38; Reference: ACCOUNT ENDING IN 3912 | 7100-000 | | 340.84 | 2,542.56 |
| 07/24/07 | 116 | World Financial Network National Bank | Dividend paid 47.91% on $568.61; Claim# 12; Filed: $568.61; Reference: ACCOUNT ENDING IN 9960 | 7100-000 | | 272.44 | 2,270.12 |
| 07/24/07 | 117 | World Financial Network National Bank | Dividend paid 47.91% on $85.57; Claim# 13; Filed: $85.57; Reference: ACCOUNT ENDING IN 2887 | 7100-000 | | 41.00 | 2,229.12 |
| 07/24/07 | 118 | World Financial Network National Bank | Dividend paid 47.91% on $713.65; Claim# 14; Filed: $713.65; Reference: ACCOUNT ENDING IN 2087 | 7100-000 | | 341.93 | 1,887.19 |
| 07/24/07 | 119 | Chase Bank USA, N.A. | Dividend paid 47.91% on $846.45; Claim# 15; Filed: $846.45; Reference: ACCOUNT ENDING IN 6278 | 7100-000 | | 405.56 | 1,481.63 |
| 07/24/07 | 120 | eCAST Settlement Corporation assignee of | Dividend paid 47.91% on $1,267.20; Claim# 16; Filed: $1,267.20; Reference: ACCOUNT ENDING IN 1382 | 7100-000 | | 607.15 | 874.48 |
| 07/24/07 | 121 | LVNV Funding LLC its successors and assigns as | Dividend paid 47.91% on $1,825.14; Claim# 17; Filed: $1,825.14; Reference: | 7100-000 | | 874.48 | 0.00 |

Subtotals : **$0.00**  **$3,136.74**

{} Asset reference(s)

Printed: 10/01/2007 10:59 AM   V.9.55

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-09937 JBS | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** FRANK, CHRISTINE DE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****83-66 - Checking Account |
| **Taxpayer ID #:** 13-7546833 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/01/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 9,015.37 | 9,015.37 | $0.00 |
| | | | Less: Bank Transfers | | 9,015.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,015.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,015.37** | |

Net Receipts :  9,027.63

Net Estate :  $9,027.63

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****83-65** | 9,027.63 | 12.26 | 0.00 |
| **Checking # ***-*****83-66** | 0.00 | 9,015.37 | 0.00 |
| | **$9,027.63** | **$9,027.63** | **$0.00** |

{} Asset reference(s)   Printed: 10/01/2007 10:59 AM    V.9.55